IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN R. MCNEILL, Individually and as Administrator of the ESTATE OF MATTHEW ROBERT MCNEILL, deceased, and as Guardian of the Person and Estate of N.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>GUTHRIE CLINIC, LTD.; GUTHRIE CLINIC, PC; GUTHRIE HEALTHCARE SYSTEMS, INC.; ROBERT PACKER HOSPITAL; PHILIP MCPHAIL, M.D.; DANIEL GOLDEN, M.D.,<br><br>Defendant. | No. 4:22-CV-00677<br><br>(Chief Judge Brann) |

## ORDER

### APRIL 13, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 6) is **GRANTED**.

2. Plaintiff Susan R. McNeill's Complaint is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of the Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge